Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 17−14539−ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew Lipari
   dba Lipari Paint and Design LLC
   8 Fox Hollow Drive
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−8716

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/24/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 24, 2017
JAN: bc

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-14539-ABA
Matthew Lipari                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 24, 2017
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
```
db          +Matthew Lipari,    8 Fox Hollow Drive,    Mays Landing, NJ 08330-4936
516688873   +American Financial Resources, Inc,    PO Box 8068,    Virginia Beach, VA 23450-8068
516751577   +Atlanticare,    PO Box 786361,    Philadelphia, PA 19178-6361
516775813    BONY as trustee CWALT, Inc. ALT 2005-80CB,    Shellpoint Mortgage Servicing,    PO BOX 10826,
              Greenville, SC 29603-0826
516688875   +Fein ,Such Kahn & Shepard,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4609
516688876   +Hyberg White & Mann,    2111 New Road, Suite 105,    Northfield, NJ 08225-1512
516688878    IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516688882    Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
              Trenton, NJ 08625-0112
516688884   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,    P.O. Box 245,
              Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516688883   +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
516688886    Victoria Pointe Comminity Assoc,    136 Meadow Cir,    Mays Landing, NJ 08330
516753901   +Victoria Pointe Community Association, Inc.,    Attn Norman L. Ziotnick, Esq.,
              2111 New Road, Suite 105,    Northfield, NJ 08225-1512
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2017 22:32:53      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2017 22:32:49      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: BANKAMER.COM Aug 24 2017 22:18:00      THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,
              C/O Bank Of America,    7105 Corporate Drive,    Plano, TX 75024-4100
516688874    EDI: CITICORP.COM Aug 24 2017 22:18:00      Citicards,    P O Box 6241,
              Sioux Falls, SD 57117-6241
516688879   +EDI: IRS.COM Aug 24 2017 22:18:00      IRS,    1601 Market St,    Philadelphia, PA 19103-2301
516803263    EDI: RESURGENT.COM Aug 24 2017 22:18:00      LVNV Funding LLC, C/O Resurgent Capital Services,
              P.O. Box 10675,    Greenville, SC 29603-0675
516688881   +EDI: RESURGENT.COM Aug 24 2017 22:18:00      Lvnv Funding,    PO Box 10497,
              Greenville, SC 29603-0497
516691919   +EDI: RMSC.COM Aug 24 2017 22:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
516812926   +EDI: AIS.COM Aug 24 2017 22:18:00      Verizon,    by American InfoSource LP as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516688885   +EDI: VERIZONWIRE.COM Aug 24 2017 22:18:00      Verizon Wireless,    Po Box 26055,
              Minneapolis, MN 55426-0055
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516688877*    IRS,   PO Box 744,    Springfield, NJ 07081-0744
516688880*   +Irs,   P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Aug 24, 2017
                              Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-80CB, MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2005-80CB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          R. A. Lebron    on behalf of Creditor    SHELLPOINT MORTGAGE SERVICING, as servicer for THE BANK OF
           NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,
           ALTERNATIVE LOAN TRUST 2005-80CB, MORTGAGE PA bankruptcy@feinsuch.com
          Seymour  Wasserstrum    on behalf of Debtor Matthew  Lipari mylawyer7@aol.com,    ecf@seymourlaw.net
          Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-80CB, MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2005-80CB skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```